# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11cv645

| | |
|---|---|
| ALLISON RENIRIE, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| ATLAS COPCO COMPRESSORS LLC, | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on plaintiff's Motion to Stay Response to Defendant's Motion for Summary Judgment and to Extend Discovery and Dispositive Motion Deadlines. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Stay Response to Defendant's Motion for Summary Judgment and to Extend Discovery and Dispositive Motion Deadlines (#21) is **GRANTED,**

(1) plaintiff is allowed 14 days from the entry of the bankruptcy court's Order on plaintiff's Motion to Add Assets and to Allow Appropriate Exemptions to respond to defendant's Motion for Summary Judgment, but not later than January 15, 2013;

(2) the discovery deadline is enlarged up to and inclusive of April 1, 2013; and

(3) the dispositive motions deadline is enlarged up to April 1, 2013.

Signed: November 27, 2012

Max O. Cogburn Jr.
United States District Judge